# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 05-CR-613 |
| DEBORAH MORRIS, | : | No. 08-CV-3233 |
| Defendant | : | |

## O R D E R

**AND NOW**, this 22nd day of November, 2010, upon consideration of petitioner's motion to vacate, set aside, or correct sentence by a person in federal custody (Case No. 05-cr-613, Doc. # 92), her brief in support of her motion (Case No. 05-cr-613, Doc. # 93), and all responses and replies thereto, it is hereby **ORDERED** that:

1. The motion is DENIED for the reasons set forth in the accompanying memorandum; and

2. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to mark this case closed.

        BY THE COURT:

        /s/ LAWRENCE F. STENGEL
        LAWRENCE F. STENGEL, J.